**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAGHAYEGH MISSAGHI, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Georgia corporation,<br><br>    Defendant. | Case No. 12-cv-07472-SJO-E<br><br>**ORDER GRANTING PARTIES' SECOND STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. S. James Otero |

---

[Proposed] Order Granting Stip. To Extend Deadline for Plaintiff To File Mot. For Class Certification   Case No. 12-cv-07472-SJO-E

1  This matter having come before the Court on the Parties' Second Stipulation
2  to Extend the Deadline for Plaintiff to File her Motion for Class Certification, due
3  and adequate notice having been given, and the Court having been duly advised,
4  **IT IS HEREBY ORDERED and ADJUDGED:**
5  (1)  The deadline for Plaintiff to file her Motion for Class Certification shall
6  be extended from February 27, 2013 to April 26, 2013.

8  **IT IS SO ORDERED** this 21st day of December, 2012.

*[signature: S. James Otero]*

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE