1  SEAN P. REIS (No. 184044)
2  sreis@edelson.com
   EDELSON MCGUIRE LLP
3  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688
4  Telephone: (949) 459-2124

5  *Attorneys for* PLAINTIFF MISSAGHI *and the putative class*

6  KENNETH M. JONES, ESQ. (SBN: 140358)
   kenneth_jones@gshllp.com
7  GONZALEZ SAGGIO & HARLAN LLP
   3699 Wilshire Boulevard, Suite 890
8  Los Angeles, California 90010
   Telephone: (213) 487-1400

9  S STEWART HASKINS, II*
10 shaskins@kslaw.com
   L JOSEPH LOVELAND*
11 jloveland@kslaw.com
   ZACHARY A. MCENTYRE*
12 zmcentyre@kslaw.com
   KING AND SPALDING LLP
13 191 Peachtree Street NE Suite 4900
   Atlanta, GA 30303-1763
14 Telephone: 404-572-4600

15 *admitted pro hac vice

16 *Attorneys for* DEFENDANT THE COCA-COLA COMPANY

17           **IN THE UNITED STATES DISTRICT COURT**
18           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
19

| SHAGHAYEGH MISSAGHI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Georgia corporation,<br><br>Defendant. | Case No. 12-cv-07472-SJO-E<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. S. James Otero |
|---|---|

---

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION        1        CASE NO. 12-CV-07472-SJO-E

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Shaghayegh
2    Missaghi ("Plaintiff") and Defendant The Coca-Cola Company ("Defendant"),
3    through their respective counsel of record, that, pursuant to Federal Rule of Civil
4    Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed WITH PREJUDICE
5    as to all claims asserted by Plaintiff against Defendant. Each party is to bear its own
6    costs.
7    **IT IS SO STIPULATED.**

9    Dated:  February 15, 2013             **SHAGHAYEGH MISSAGHI**,

10                                          By: Sean P. Reis
                                                One of Plaintiff's Attorneys

12                                          SEAN P. REIS (No. 184044)
                                            sreis@edelson.com
13                                          EDELSON MCGUIRE LLP
                                            30021 Tomas Street, Suite 300
14                                          Rancho Santa Margarita, CA 92688
                                            Telephone: (949) 459-2124

15                                          *Attorneys for* PLAINTIFF

16   Dated:  February 15, 2013             **THE COCA-COLA COMPANY,**

17                                          By: S. Stewart Haskins II
                                                One of Defendant's Attorneys

19                                          S STEWART HASKINS, II*
                                            shaskins@kslaw.com
20                                          KING AND SPALDING LLP
                                            191 Peachtree Street NE Suite 4900
21                                          Atlanta, GA 30303-1763
                                            Telephone: 404-572-4600

22                                          *admitted pro hac vice*

23                                          *Attorneys for* DEFENDANT